STATE OF CONNECTICUT *v.* PAUL RATHBLOTT

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Frank Cochran,* in support of the petition.

*Robert E. Beach, Jr.,* of the office of the chief state's attorney, in opposition.

Submitted April 2—decided April 8, 1975

BARNABY HORTON ET AL. *v.* THOMAS MESKILL ET AL.

PETER D. GRACE ET AL. *v.* THOMAS MESKILL ET AL.

The motion by the Connecticut Civil Liberties Union for leave to appear and file a brief as amicus curiae in the appeal from the Superior Court in Hartford County is granted.

*Frank Cochran,* in support of the motion.

Submitted April 2—decided April 8, 1975

MIKO BROTHERS, INC. *v.* JOHN LUCAS

The plaintiff's motion requesting the transmittal to this court of the transcripts, pleadings and docket sheets referred to in the appendix to its brief in its appeal from the Court of Common Pleas in Fairfield County is granted and the clerk is directed to transmit the same to this court.

*J. Roger Shull,* in support of the motion.